RE: Jennifer Ann Cabrera                    **PRO SE**         Case # 18-13213  LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- ✓ Tax returns: 2017        Corp: 2017
- ✓ Bank Account Statements ✓ 3 months pre-petition
  #2255/0878 (12/20-2/21) *Provide Savings on sch B*
  REGIONS (12/20-3/20/18) *Provide Acct # on sch B*
- __ Check copy
- __ Explain W/D
- __ FMV(NADA/Carmax), Reg and Payoff:Vehicles
- __ FMV and Payoff: Real Estate
- __ Non homestead Information Sheet
- __ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- ✓ BDQ & attachments ✓ Profit & Loss ✓ Balance Sheet
- ✓ Bank statements and checks ✓ 3 months
  For each biz entity

- __ Fee application (see court guideline 6)
- __ Income understated ____ stubs ____ taxes
     co-debtor ____ stubs ____ taxes
- __ Spouse's pay advices/spouse's wages not disclosed
- __ Proof of household size (government ID w/ address) and income of all adults
- __ Best effort < 36 months < 60 months
- __ Expenses objectionable: Sch J ☐ Provide Proof
- __ D/I > 100%   < 90%   Feasibility
- __ Info on transfer SOFA ____ undisclosed
     __ Tolling Agreement(s)

- __ ✓ Photo ID(s)    LF 90    LF67    LF10
- __ Domestic Support Info: name address and phone
- __ Affidavit of Support
- __ 2016(B), SOFA #16 and Plan do not match
- __ Other provisions Income Verification Language
- __ Plan does not fund
- __ Calculation errors/improper months ____
- __ Valuation motion has not been filed
- __ MMM motion not filed
- __ Reaffirm, redeem or surrender Sch D & G creditor
- __ Creditor paid through the Plan has not filed a POC
- __ Priority debt on Sch E not in plan
- __ Object or Conform to Proof of Claim
     __ Miami-Dade County    __ Tax Certificate(DE#___)
     __ Dept of Revenue        __ IRS

Need Life Ins Policy
- ✓ Section III. E. #3- Acct # doesn't match POC #10

- __ **Objection to Exemption (specifics to be filed)**
     To be heard with confirmation at 1:30 pm
- __ Ch 7 s/b ____ plus tax refund / valuations
- __ Good faith to unsecured
- ✓ Expenses: documentation/calculation: CMI line
  9b (Remove HoA)
  line #13, 16, 34 (higher than the amounts paid in plan
  [illegible scribble]
- ☐ Plus income/expenses issues ☐ Trustee est. $____
- __ Undervalued collateral should be crammed down

Other: _____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited.* *The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on JUN 2 8 2018 to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027