UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                               Case No. 18-13213-LMI

Jennifer Ann Cabrera,                          Chapter 13

      Debtor.
_____/

**CREDITOR'S MOTION TO COMPEL DEBTOR'S
RESPONSES TO DOCUMENT REQUESTS**

Gilbert Law Group, P.A. formerly known as Gilbert & Caddy, P.A. ("**Creditor**"), by and through the undersigned counsel, pursuant to Local Rule 2004-1 and Rule 2004(c) of the Federal Rules of Bankruptcy Procedure, files this *Motion to Compel Debtor's Responses to Document Requests*, and states as follows:

1. On March 20, 2018, the Debtor filed his voluntary chapter 13 bankruptcy petition.

2. On June 15, 2018, the Trustee held and continued the § 341 meeting of creditors to July 12, 2018.

3. On June 12, 2018, Creditor Gilbert Law filed a "*Notice of Rule 2004 Examination Duces Tecum of Debtor without Examination*" [ECF No. 53] [herein referred to as "Creditors Document Request"] requesting 55 categories of documents to be production on or before June 22, 2018 at 4:00 p.m. (Eastern Time).

4. As of today, no documents or a response to the examination has been made by the Debtor or Debtor's Counsel.

5. As of the filing of this Motion, undersigned counsel has conferred in a good-faith effort to resolve the issue raised in this Motion, but as of the filing of this Motion has been unable to resolve them.

1

6.      The Creditor requests an order requiring the Debtor to produce documents at a time certain that would be subject to Bankruptcy Rule 2005. The documents should be produced within 10 days to Counsel for the Creditor.

7.      The Creditor requests attorneys' fees and costs pursuant to the contracts between the parties set forth in the Creditor's Motion to Dismiss [ECF # 72].

**WHEREFORE**, the Creditor, Gilbert Law Group, P.A. formerly known as Gilbert & Caddy, P.A., by and thru undersigned counsel respectfully requests that this Honorable Court enter an order: (i) requiring the Debtor to produce all documents responsive to *Notice of 2004 Examination Duces Tecum of the Debtor Without Examination* [ECF No. 53] within 10 days; and (iv) granting such other further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished in the manner stated 3rd day of July, 2018, to those enumerated below.

Respectfully submitted this 3rd day of July 2018.

> FURR COHEN
> *Attorneys for Creditor*
> 2255 Glades Road, Suite 301E
> Boca Raton, FL 33431
> Telephone: (561) 395-0500
> Facsimile: (561) 338-7532
>
> BY: /s/ Alan R. Crane
>      Alan R. Crane
>      Florida Bar No.: 0963836
>      E-Mail: acrane@furrcohen.com

**VIA Electronic Notice:**

- **Alan R Crane**   acrane@furrcohen.com, pmouton@furrcohen.com;rrivera@furrcohen.com;atty_furrcohen@bluestylus.com

- **Michael A. Frank**  pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com
- **Bryce J Gilbert**  bgilbert@theconstructionlawyers.com
- **Lyudmila Kogan**  luda.kogan@ppkfirm.com
- **Andrea R Meenach-Decker**  RDecker@bakerdonelson.com, tgoff@bakerdonelson.com
- **Nancy K. Neidich**  e2c8f01@ch13miami.com, ecf2@ch13miami.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **On Deck Capital, Inc. (Levi)**  clevi@ondeck.com
- **Alex P Rosenthal**  alex@rosenthalcounsel.com
- **Lindsey Savastano**  Lsavastano@logs.com, electronicbankruptcynotices@logs.com