**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jennifer** | **Ann** | **Cabrera** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number  18-13213-lmi
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................................ $ **360,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B...................................................... $ **4,932.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................ $ **364,932.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **466,460.17**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ **102,486.16**

   **Your total liabilities** $ **568,946.33**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................ $ **8,000.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ **7,528.66**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Jennifer Ann Cabrera**             Case number *(if known)* **18-13213-lmi**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ **4,035.50**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Jennifer Ann Cabrera | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | 18-13213-lmi | |

☐ Check if this is an amended filing

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A*<br>Amount of claim<br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim | *Column C*<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Miami Dade Tax Collector** — Creditor's Name<br>c/o Priscilla Windley, Paralegal<br>200 NE 2nd Avenue, Suite 430<br>Miami, FL 33128<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ | Describe the property that secures the claim:<br>690 SW 1 Ct #3114 Miami, FL 33130<br>Miami-Dade County<br>Homestead<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)    Real Property Taxes 2016 2017<br><br>Last 4 digits of account number _____ | $12,608.00 | $360,000.00 | $0.00 |
| **2.2** | **Neo Venetia Condo** — Creditor's Name<br><br>14275 SW 142 Ave<br>Miami, FL 33186<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ | Describe the property that secures the claim:<br>690 SW 1 Ct #3114 Miami, FL 33130<br>Miami-Dade County<br>Homestead<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)    Maintenance<br><br>Last 4 digits of account number    3114 | $0.00 | $360,000.00 | $0.00 |

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Debtor 1   **Jennifer Ann Cabrera**                                       Case number (if known)   **18-13213-lmi**
           First Name   Middle Name   Last Name

| 2.3 | **Wells Fargo Bank** | Describe the property that secures the claim: | $453,852.17 | $360,000.00 | $106,460.17 |

Creditor's Name

**Document Processing**
**1000 Blue Gentian Rd N**
**9286-01Y**
**Saint Paul, MN 55121**

**690 SW 1 Ct #3114 Miami, FL 33130**
**Miami-Dade County**
**Homestead**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   **$466,460.17**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$466,460.17**

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jennifer** | **Ann** | **Cabrera** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | 18-13213-lmi | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules           12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Jennifer Ann Cabrera**                                        X _____
**Jennifer Ann Cabrera**                                                  Signature of Debtor 2
Signature of Debtor 1

Date **January 25, 2019**                                                Date

.

Associates Area Counsel (SBSE- Ft Laud
1000 S Pine Island Rd Suite 300
Fort Lauderdale, FL 33324

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

Cap1/neimn
Po Box 30253
Salt Lake City, UT 84130

Cap1/saks
3455 Highway 80 W
Jackson, MS 39209

Cherry Bekaert
POB 27127
Richmond, VA 23261

Citi
Po Box 6241
Sioux Falls, SD 57117

CitiCards
American Airlines
POB 9001055
Louisville, KY 40290

CitiCards/Citi Group
My Best Buy
POB 9001007
Louisville, KY 40290

CitiCards/Citigroup
Sears Consummer Payments
POB 9001055
Louisville, KY 40290

CitiCards/CitiGroup
POB 9001094
Louisville, KY 40290

Cabrera, Jennifer - 18-13213-lmi

CitiCards/CitiGroup  
THD  
POB 9001055  
Louisville, KY 40290

Comenity Bank/zgalleri  
Po Box 182789  
Columbus, OH 43218

Comenitybank/victoria  
Po Box 182789  
Columbus, OH 43218

Comenitycb/frontgate  
Po Box 182120  
Columbus, OH 43218

Dezer Intracoastal Mall, LLC  
c/o Resenthal Law Group  
Attn: Alex P. Rosenthal, Esq.  
2115 North Commerce ParkWay  
Fort Lauderdale, FL 33326

Discover Fin Svcs Llc  
Po Box 15316  
Wilmington, DE 19850

Financial Pacific Leasing  
3455 S 34 Way #300  
Auburn, WA 98001

HHGregg  
c/o Synchrony Bank  
POB 960061  
Orlando, FL 32896

Insolvency Support Group, Unit 1  
Stop 5730  
7850 SW 6 Ct Rm 165  
Fort Lauderdale, FL 33318

JPM Chase  
POB 9622  
Deerfield Beach, FL 33442

Cabrera, Jennifer - 18-13213-lmi

Lexus Financial Servic
Po Box 9786
Cedar Rapids, IA 52409


Miami Dade Tax Collector
c/o Priscilla Windley, Paralegal
200 NE 2nd Avenue, Suite 430
Miami, FL 33128


Miami-Dade County Tax Collector
c/o Paralegal Collection Specialist
Attn: Marcus L. Saiz De La Mora
200 NW 2nd Ave- 4th Floor # 430
Miami, FL 33128


National Payment Services
Mail Code OH1-1272
POB 182223
Columbus, OH 43218


Neo Venetia Condo
14275 SW 142 Ave
Miami, FL 33186


Nordstrom/td Bank Usa
13531 E Caley Ave
Englewood, CO 80111


On Deck Capital
1400 Broadway
New York, NY 10018


Regions Bank
1900 5th Ave
Birmingham, AL 35203


Restoration Management
12441 SW 130 St
Miami, FL 33186


Sears/cbna
Po Box 6283
Sioux Falls, SD 57117

Cabrera, Jennifer - 18-13213-lmi

Special Assistant United States
Associats Area Counsel (SBSE)-Miami
PO BOX 9, Stop 8000
51 SW 1 Ave
Miami, FL 33130


Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896


Syncb/evine
Po Box 965005
Orlando, FL 32896


Syncb/jcp
Po Box 965007
Orlando, FL 32896


Syncb/qvc
Po Box 965018
Orlando, FL 32896


Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440


Thd/cbna
Po Box 6497
Sioux Falls, SD 57117


The Honorable Benjamin Greenberg
United States Attorney
99 NE 4th Street
Miami, FL 33132


The Honorable Jeff Session
United States Attorney General
Main Justace Building
950 Pennsylvania Ave Rm 4400
Washington, DC 20530


Wells Fargo Bank
Document Processing
1000 Blue Gentian Rd N 9286-01Y
Saint Paul, MN 55121

Cabrera, Jennifer - 18-13213-lmi

Wells Fargo Bank, N.A.
c/o Shapiro, Fishman & Gache, LLP
Attn: Lindsey Savastano, Esq.
2424 North Federal Highway
Boca Raton, FL 33431