UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

JENNIFER ANN CABRERA,

    Debtor.
_____/

Chapter 13
Case No. 18-13213-LMI

## NOTICE OF FILING INVOICES FOR ATTORNEY FEES

GILBERT & CADDY, P.A., n/k/a GILBERT LAW GROUP, P.A. ("Gilbert Law"), by and through undersigned counsel, files this *Notice of Filing Invoices* pursuant to this Court's Order Reinstating Chapter 13 Case (the "Reinstatement Order") [ECF No. 135] entered on January 9, 2019, and states as follows:

1. Pursuant to Paragraph 5 of the Reinstatement Order, the Debtor is required to pay FurrCohen its reasonable attorneys' fees for the two Motions to Reinstate. The Debtor is required to either pay these fees to FurrCohen inside the Chapter 13 Plan or directly to FurrCohen.

2. The undersigned counsel provided via email the invoices attached as Exhibit A to counsel for the Debtor on 4th of January 2019 and again on January 7, 2019.

3. As of today, January 25, 2019, Debtor's counsel has not provided any objections to the invoices for attorney fees incurred by FurrCohen in its representation of Gilbert Law.

4. The invoices are for attorneys' fees in the amount of $12,487.50 less $50.00[1] = $12,437.50.

---

[1] The Court required the reduction of $50.00 due to a finding that the undersigned marked its exhibits alphabetically rather than numerically. The undersigned believed that the Debtor was the movant and the Creditor was the respondent under the Order Specially Setting Evidentiary Hearing ECF #117.

5. Therefore, undersigned requests that the Court enter an order determining the amount that the Debtor must pay to FurrCohen is $12,437.50 as required in the Reinstatement Order.

WHEREFORE, FurrCohen and Gilbert Law requests that this Court determine the amount to be paid by the Debtor to FurrCohen as a condition of reinstatement the sum of $12,437.50 and award any further relief the Court deems just and proper.

Dated: January 25, 2019

FURR COHEN
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY: /s/ *Alan R. Crane*
Alan R. Crane
Florida Bar No.: 0963836
E-Mail: acrane@furrcohen.com

## CERTIFCATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronic mail to all parties listed below on this 25th day of January 2019.

FURR COHEN
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY: /s/ *Alan R. Crane*
Alan R. Crane
Florida Bar No.: 0963836
E-Mail: acrane@furrcohen.com

**Served via ECF:**

- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;wschnapp@furrcohen.com;atty_furrcohen@bluestylus.com;cranear84158@notify.bestcase.com
- **Michael A. Frank**   pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com
- **Bryce J Gilbert**   bgilbert@theconstructionlawyers.com
- **Lyudmila Kogan**   luda.kogan@ppkfirm.com
- **Nancy K. Neidich**   e2c8f01@ch13miami.com, ecf2@ch13miami.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **On Deck Capital, Inc.**   clevi@ondeck.com
- **Alex P Rosenthal**   alex@rosenthalcounsel.com
- **Lindsey Savastano**   Lsavastano@logs.com, electronicbankruptcynotices@logs.com

EXHIBIT "A"

FURR COHEN

2255 GLADES ROAD
SUITE 301 EAST
BOCA RATON, FL 33431
www.furrcohen.com

(561) 395-0500

January 3, 2019

Gilbert Law Group PA
NELSON & JENNIFER CABRERA

IN REFERENCE TO:       NELSON AND JENNIFER CABRERA 19-004

PROFESSIONAL SERVICES

| Date | Atty | Description | HOURS | Total |
|---|---|---|---|---|
| 9/11/2018 | ARC | CASE ADMINISTRATION:  Review and revise Response in Opposition to Motion to Reinstate - Jennifer | 1.20 | |
| 9/13/2018 | ARC | CASE ADMINISTRATION:  Appearance at hearing on Motion to Reinstate (Chapter 13 Calendar) Miami | 4.60 | |
| 9/14/2018 | ARC | CASE ADMINISTRATION:  Exchange emails re:  hearing issues | 0.40 | |
| 10/19/2018 | ARC | CASE ADMINISTRATION:  Review Motion to Reopen Chapter 13, Motion to Reinstate Case and Notice of Hearings | 0.40 | |
| 10/31/2018 | ARC | CASE ADMINISTRATION:  Research re Reopening Case; Drafting Response in Opp to Motion to Reopen and Drafting Response in Opp to Motion to Reinstate; Reviewing Documents from Debtor's counsel | 1.80 | |
| | JSR | CASE ADMINISTRATION:  Conference with Alan Crane re:  further changes | 0.20 | |
| 11/1/2018 | ARC | CASE ADMINISTRATION:  Review and revise Response to Motion to Reopen | 0.20 | |
| | JSR | CASE ADMINISTRATION:  E-mail with client re Responses to Motion to Reopen and Motion to Reinstate; Finalizing Responses in opposition to Motion to Reopen and Motion to Reinstate | 0.40 | |
| 11/7/2018 | ARC | CASE ADMINISTRATION:  Telephone conference with Michael Frank re case status | 0.20 | |
| 12/10/2018 | ARC | CASE ADMINISTRATION:  Review Objection to Motion to Reinstate filed by Trustee | 0.10 | |
| 12/18/2018 | ARC | CASE ADMINISTRATION:  Exchange emails with Michael Frank re hearing | 0.20 | |
| 12/19/2018 | CIC | CASE ADMINISTRATION:  Conference with Alan Crane | 0.50 | |
| | ARC | CASE ADMINISTRATION:  Telephone conference with Amy Carrington re Joint Pretrial Stipulation and issues for trial | 0.50 | |
| | ARC | CASE ADMINISTRATION:  Review proposed Joint Pre-Trial Stipulatoin | 0.70 | |
| | ARC | CASE ADMINISTRATION:  Trial preparation, including review of Joint Pretrial Stipulation, draft witness list, review and revise Exhibit Register, draft letter to Judge and conference with Charles | 1.50 | |
| 12/20/2018 | CIC | CASE ADMINISTRATION:  Review memorandum; Conference with Alan Crane | 1.00 | |
| | ARC | CASE ADMINISTRATION:  Prepare Amended Response in Opposition to Motion to Reinstate and Joinder | 0.70 | |
| | ARC | CASE ADMINISTRATION:  Legal Research for trial, including opening statement and closing | 1.30 | |
| 12/21/2018 | CIC | CASE ADMINISTRATION:  Review Exhibit Register; Conference with Alan Crane | 1.00 | |
| | ARC | CASE ADMINISTRATION:  Review Written Opening Statement from Trustee | 0.20 | |
| | ARC | CASE ADMINISTRATION:  Legal research on issues for trial, including standard on Motion to Reinstate under Rule 9024 | 0.60 | |
| | ARC | CASE ADMINISTRATION:  Review and revise Written Opening Statement | 1.40 | |
| 12/24/2018 | CIC | CASE ADMINISTRATION:  Review new Plan and exhibits | 0.40 | |
| | CIC | CASE ADMINISTRATION:  Research liquidated debt; Prepare for trial on 12/27/2018 | 1.00 | |

```
Gilbert Law Group PA                                                              Page    2

                                                                    HOURS             Total

  12/26/2018 CIC    CASE ADMINISTRATION:  Review exhibits; Telephone conference    1.50
                    with U.S. Trustee
  12/27/2018 CIC    CASE ADMINISTRATION:  Court Appearance re:  Motion to Vacate,  4.60
                    etc.
             CIC    CASE ADMINISTRATION:  Review proposed Order and respond;       0.30
                    Forward same to Alan Crane
                    FOR PROFESSIONAL SERVICES RENDERED                            26.90      $12,487.50

                    BALANCE DUE                                                              $12,487.50


                                    ATTORNEY Summary
Attorney                                                    HOURS        Rate          Total
Charles I. Cohen                                            10.30      495.00      $5,098.50
Alan R. Crane                                               16.00      450.00      $7,200.00
Jason S. Rigoli.                                             0.60      315.00        $189.00
```