

**ORDERED in the Southern District of Florida on November 15, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:

JENNIFER ANN CABRERA         CASE NO. 18-13213-LMI
                             CHAPTER 13

                Debtor.
_____/

### ORDER GRANTING MOTION FOR ORDER CONFIRMING
### THE AUTOMATIC STAY IS NOT IN EFFECT PURSUANT TO 11 U.S.C. §365(p)(1)

**THIS CASE** came on for consideration on the Motion for Order Confirming the Automatic Stay is not in Effect ("Motion") filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Movant") (Doc. No. 252).  Movant, by submitting this form of order, represents that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the Movant, a response to the Motion, and the relief to be granted in this Order is the identical relief requested in the Motion. The Court, having reviewed the Motion and being otherwise fully advised on the premises, finds it appropriate to grant the requested relief.  It is

      **ORDERED:**

1. The Motion (Doc. No. 252) is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is confirmed to be terminated as to Movant's interest in the following property: 2016 LEXUS RX350; VIN: 2T2BZMCA0GC051844 ("collateral").

3. Movant has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just.

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties listed below and file a Certificate of Service with the Court.

**Copies furnished to:**
**VIA FIRST CLASS MAIL**
Jennifer Ann Cabrera
690 SW 1st Court, Unit 3114
Miami, FL 33130

**VIA CM/ECF NOTICE**
Michael A. Frank, Esq.
10 NW LeJeune Rd #620
Miami, FL 33126

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130