UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                           CASE NO.: 18-13213-BKC-LMI
                                                                 PROCEEDING UNDER CHAPTER 13
JENNIFER ANN CABRERA

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

    **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

    **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on _December 10, 2019_.

                                             NANCY K. NEIDICH, ESQUIRE
                                             STANDING CHAPTER 13 TRUSTEE
                                             P.O. BOX 279806
                                             MIRAMAR, FL  33027-9806

                                             By: /s/_____
                                             ☐ Adisley Cortez-Rodriguez, Esq.
                                                 FLORIDA BAR NO: 0091727
                                             ☒ Amy Carrington, Esq.
                                               FLORIDA BAR NO: 101877
                                             ☐ Jose Ignacio Miceli, Esq.
                                               FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 18-13213-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
JENNIFER ANN CABRERA
690 SW 1ST COURT, UNIT 3114
MIAMI, FL  33130

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL  33126-5431

11/07/2019 THU 09:12        FAX 9544434452                    CH13MIAMI FAX                                      ☒001

```
                         ***********************
                         *** FAX TX REPORT ***
                         ***********************

                              TRANSMISSION OK

         JOB NO.                      0567
         DESTINATION ADDRESS          13054433219
         SUBADDRESS
         DESTINATION ID               Frank, Michael A.
         ST. TIME                     11/07 09:11
         TX/RX TIME                   00'28
         PGS.                         1
         RESULT                       OK
```

## OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, FL 33027
(954) 443-4402
Fax (954) 443-4452

DATE: 11/7/19

TO: Michael Frank

FROM: PAIGE FIELD, AUDITOR

RE: Jennifer Ann Cabrera
18-13213

AN AUDIT OF THIS CASE HAS REVEALED THE FOLLOWING PROBLEMS WHICH NEED TO BE RESOLVED. PLEASE REVIEW AND TAKE APPROPRIATE ACTION WITHIN **20 DAYS** OF THE DATE OF THIS LETTER IN ORDER TO AVOID A MOTION TO DISMISS. THANK YOU FOR YOUR COOPERATION.

Historical payment to CR, Miami Dade Tax Collector of $105.34 disbursed on 8/16/18 is not reflected in the confirmed 21AP. Please file a corrected 22 AP to do so.