UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-13213-BKC-LMI
CHAPTER 13

IN RE:
JENNIFER ANN CABRERA
    Debtor
                              /

### DEBTOR'S OBJECTION TO U.S.. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC, NOTICE OF MORTGAGE PAYMENT CHANGE

The Debtor by and through her undersigned attorney, objects to U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Service's Notice of Mortgage Payment Change and states:

1.    Pursuant to the Debtor's schedules, Wells Fargo Bank, N.A., holds a lien, a first mortgage, on the Debtor's homestead property located at 690 Southwest 1st Court, Unit 3114, Miami, FL 33130.

2.    Wells Fargo Bank, N.A., filed a secured claim, claim number 10, in the amount of $453,852.17, with an arrearage amount of $4,453.88, account ending in 7264.

3.    U.S. Bank  Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Service, filed a Transfer of Claim on June 2, 2020, [ECF 279], for account ending in 3155.

4.    According to the Debtor's Confirmed Twenty-first Amended Chapter 13 Plan, [ECF 243] the cure of the arrearage and regular monthly payments are being paid through the Debtor's confirmed Plan, which has now been transferred to U.S. Bank  Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Service, LLC.

5.    U.S. Bank  Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Service, filed a Notice of Mortgage

Payment Change on July 29, 2020 stating the Debtor's new regular monthly mortgage payment is $2,637.78, commencing October 1, 2020, which includes an escrow shortage in the amount of $1,803.70.

6. This loan is a non-escrowing loan. Pursuant to the Debtor's confirmed Twenty-first Amended Chapter 13 Plan, the taxes are being paid directly by the Debtor. The Debtor's Association pays the insurance.

7. Debtor's counsel has been forced to file this Objection to Creditor's Notice of Post-petition Mortgage Fees, Expenses and Charges, in response to creditor's filing of an incorrect and/or improper Notice of Mortgage Payment Change, and therefore, respectfully requests this Court award attorney's fees and costs to Debtor's counsel.

WHEREFORE, the Debtor requests that U.S. Bank Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Service's Notice of Mortgage Payment Change, be stricken and disallowed and any other relief this Court deems proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Ida Moghimi Kian, counsel for U.S. Bank at IMoghimi-Kian@shdlegalgroup.com, Elizabeth Eckhart, counsel for Wells Fargo at eeckhart@logs.com and all others set forth in the NEF, this 18th day of August 2020, and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Rushmore Loan Management Service, LLC, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618, Rushmore Loan Management Service, LLC, c/o Corporation Service Company, Registered Agent, 1201 Hayes Street, Tallahassee, FL 32301-2525, Wells Fargo Bank, N.A., Attn: Timothy Sloan, President, (U.S. Certified Mail) 101 North Phillips Avenue, Sioux Falls, SD, 57104, U.S. Bank, N.A., Attn: Andrew Cecere, (U.S. Certified Mail) 425 Walnut Street, Cincinnati, OH 45202.

Respectfully submitted,
Law Offices of Michael J. Brooks, Michael A. Frank
& Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Email- Pleadings@bkclawmiami.com

By: /s/ Michael A. Frank
    Michael A. Frank
    Florida Bar No. 339075