UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-13213-BKC-LMI

CHAPTER 13

IN RE:

JENNIFER ANN CABRERA
    Debtor
                      /

**DEBTOR'S OBJECTION TO U.S.. BANK, NATIONAL ASSOCIATION AS TRUSTEE OF IGLOO SERIES IV TRUST AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC, NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

    The Debtor by and through her undersigned attorney, objects to U.S. Bank Trust, National Association as Trustee of Igloo Sereis IV Trust and Rushmore Loan Management Service's Notice of Post-petition Mortgage Fees, Expenses and Charges dated February 15, 2021 and states:

    1.    Pursuant to the Debtor's schedules, Wells Fargo Bank, N.A., holds a lien, a first mortgage, on the Debtor's homestead property located at 690 Southwest 1st Court, Unit 3114, Miami, FL 33130.

    2.    Wells Fargo Bank, N.A., filed a secured claim, claim number 10, in the amount of $453,852.17, with an arrearage amount of $4,453.88, account ending in 7264.

    3.    U.S. Bank  Bank Trust, National Association as Trustee of Igloo Series IV Trust and Rushmore Loan Management Service, filed a Transfer of Claim on January 22, 2021, [ECF 303], for account ending in 3155.

    4.    According to the Debtor's Confirmed Twenty-first Amended Chapter 13 Plan, [ECF 243] the cure of the arrearage and regular monthly payments are being paid through the Debtor's confirmed Plan, which has now been transferred to U.S. Bank  Bank Trust,

National Association as Trustee of Igloo Series IV Trust and Rushmore Loan Management Service, LLC.

5. The lender is not authorized to have property inspections performed as the Debtor is in a confirmed Chapter 13 Plan, [ECF 243].

6. The Lender is not supposed to be paying property taxes as, pursuant to the Debtor's confirmed Twenty-first Amended Chapter 13 Plan, the taxes are being paid directly by the Debtor.

7. The Notice of Post-petition Mortgage Fees, Expenses and Charges includes what is titled "principal interest escrow" for the months of October 2020 through February 2021 in the amount of $360.74, for a total of $1,803.70.  The Debtor is making the regular payment of $2,226.94, which is being paid through the Debtor's confirmed Twenty-first Amended Chapter 13 Plan, [ECF 243], and therefore this should be stricken.

8. Debtor's counsel has been forced to file this Objection to Creditor's Notice of Post-petition Mortgage Fees, Expenses and Charges, in response to creditor's filing of an incorrect and/or improper Notice of Post-petition Mortgage Fees, Expenses and Charges, and therefore, respectfully requests this Court award attorney's fees and costs to Debtor's counsel.

WHEREFORE, the Debtor requests that U.S. Bank Trust, National Association as Trustee Igloo Series IV Trust and Rushmore Loan Management Service's Notice of Postpetition Mortgage Fees, Expenses, and Charges, dated February 15, 2021, be stricken and disallowed and any other relief this Court deems proper under the circumstances.

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Ida Moghimi Kian, counsel for U.S. Bank at IMoghimi-Kian@shdlegalgroup.com, Melbalynn Fisher, counsel for U.S. Bank at mfisher@ghidottiberger.com and all others set forth in the NEF, this 19th day of March 2021, and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Rushmore Loan Management Service, LLC, Post Office Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Service, LLC, c/o Corporation Service Company, Registered Agent, 1201 Hayes Street, Tallahassee, FL 32301-2525 and U.S. Bank N.A., Attn: Andrew Cecere, (U.S. Certified Mail) 425 Walnut Street, Cincinnati, OH 45202.

                Respectfully submitted,
                Law Offices of Michael A. Frank
                & Rodolfo H. De La Guardia, Jr.
                Attorneys for the Debtor
                Suite 620 •
                10 Northwest LeJeune Road
                Miami, FL 33126-5431
                Telephone (305) 443-4217
                Email- Pleadings@bkclawmiami.com

         By:  /s/  Michael A. Frank
            Michael A. Frank
            Florida Bar No. 339075