**Fill in this information to identify the case:**

Debtor 1    Jennifer Ann Cabrera

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN    District of Florida
                                                                            (State)

Case number 18-13213-LMI

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: : 2017

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges |  | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees |  | (2) $ _____ |
| 3. Attorney fees |  | (3) $ _____ |
| 4. Filing fees and court cost |  | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees |  | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees |  | (6) $ _____ |
| 7. Property inspection fees |  | (7) $ _____ |
| 8. Tax advances (non-escrow) |  | (8) $ _____ |
| 9. Insurance advances (non-escrow) |  | (9) $ _____ |
| 10. Property preservation expenses. Specify: |  | (10) $ _____ |
| 11. Other. Specify: Plan Objection | 9/24/2019 | (11) $500.00 |
| 12. Other. Specify: Plan review | 10/01/2019 | (12) $225.00 |
| 13. Other. Specify: _____ |  | (13) $ _____ |
| 14. Other. Specify: _____ |  | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Ida A. Moghimi-Kian   Date   3/19/2020
    Signature

Print:   Ida A. Moghimi-Kian                      Title   Attorney for the Creditor
         First name   Middle name   Last name

Company   Diaz Anselmo Lindberg P.A.

Address   PO BOX 19519
          Number     Street

          Fort Lauderdale   FL   33318
          City              State  ZIP Code

Contact phone   (954) 564-0071        Email   IMoghimi-Kian@shdlegalgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, March 19, 2020, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

JENNIFER ANN CABRERA
690 SW 1ST COURT, UNIT 3114
MIAMI, FL 33130
*Debtor(s)*

MICHAEL A. FRANK, ESQ.
10 NW LEJEUNE RD #620
MIAMI, FL 33126
*Attorney for Debtor(s)*

NANCY K.NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

**Diaz Anselmo** Lindberg P.A.
**Attorneys for Creditor (SHD No. 1492-172445)**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By:  /s/ Ida A. Moghimi-Kian
    Ida A. Moghimi-Kian
    Florida Bar No.56395
    IMoghimi-Kian@shdlegalgroup.com