**Fill in this information to identify the case:**

Debtor 1: Jennifer Ann Cabrera

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of FL (State)

Case number: 18-13213-LMI

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A., as Legal Title Trustee for Truman 2016 SC6 Title Trust

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 3155 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | 01/13/2021 | (7) $ 16.50 |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ _____ |
| 11. Other. Specify: PROP INSPEC | 09/18/2020, 12/28/2020/ 11/23/2020 and 10/21/2020 $16.50 per month | (11) $ 66.00 |
| 12. Other. Specify: County/Parish Taxes | 11/09/2020 | (12) $ 4,994.62 |
| 13. Other. Specify: Principal Interest escrow | 10/2/20, 11/3/20, 12/2/20, 1/5/20 and 2/2/21 $360.74 per month | (13) $ 1,803.70 |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Jennifer Ann Cabrera**
         First Name   Middle Name   Last Name

Case number *(if known)* 18-13213-LMI

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Melbalynn Fisher
Signature

Date 02/15/2021

Print: **Melbalynn Fisher**
       First Name   Middle Name   Last Name

Title **Authorized Agent**

Company **Ghidotti Berger LLP.**

Address **1920 Old Tustin Ave**
        Number        Street
        **Santa Ana, CA 92705**
        City          State    ZIP Code

Contact phone (949) 427 – 2010

Email bknotifications@ghidottiberger.com

**CERTIFICATE OF SERVICE**

On February 15, 2021, I served the foregoing documents described as Post petition fee notice on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Michael A. Frank, Esq.
pleadings@bkclawmiami.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On February 15, 2021, I served the foregoing documents described as Post petition fee notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**Jennifer Ann Cabrera**
690 SW 1st Court, Unit 3114
Miami, FL 33130

*Trustee*
**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May